UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JOHN H. SQUIRES | Hearing Date | July 21, 2010 |
| Bankruptcy Case No. | 10 B 13864 | Adversary No. | |
| Title of Case | Earl N. Sklar | | |

Brief Statement of Motion: Plan confirmation hearing

Names and Addresses of moving counsel:

Representing:

# ORDER

Continued to August 11, 2010 at 10:30 a.m. in Courtroom 680, 219 South Dearborn Street, Chicago, Illinois 60604. Debtor's final brief is due on or before August 4, 2010.

/s/ John H. Squires

6/11/99